### PEDEN *v.* SMITH.

*(Supreme Court, General Term, Second Department.* February 11, 1891.)

Certified from city court of Brooklyn, general term.

Action by Samuel Peden, Jr., against Albert Smith, in the city court of Brooklyn. An appeal was taken to the general term of said court, whereupon the chief judge thereof certified it to this court.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Albert G. McDonal,* for appellant. *John F. Brush,* for respondent.

DYKMAN, J. This action was commenced for the recovery of commissions upon an exchange of real property. The present defendant was substituted in the place of the original defendant, because he, as well as the plaintiff, claimed the commissions upon the exchange. The cause was tried before a judge without a jury, and he has found that the defendant was employed to exchange the real property, and was the sole procuring cause of such exchange on the part of Brush, who was the original defendant in this action, and the party from whom the plaintiff claimed to be entitled to recover his commission. Such finding of the judge is well sustained by the evidence, and the judgment should be affirmed, with costs.